**Opinion issued March 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

### NO. 01-22-00814-CV

————————————————

**ALAN ALBERTO VEGA FUENTES, Appellant**

**V.**

**FATIMA VIOLETA ROJAS RODRIGUEZ
AND ATTORNEY GENERAL OF TEXAS, Appellees**

---

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Case No. 2022-22755**

---

## MEMORANDUM OPINION

Appellant, Alan Alberto Vega Fuentes, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this

appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.